# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL A. CERVANTES**                                                                                   **PLAINTIFF**

**v.**                                        **No: 3:20-cv-00236 DPM-PSH**

**JOYCE DOBBS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Michael A. Cervantes' amended complaint (Doc. No. 4) for screening purposes,[1] it appears that service is appropriate with respect to defendants Sergeant Joyce Dobbs, Jail Administrator Debbie Burusen, Jailer JL McCleskey, Jailer James Johnson, Deputy Marcus Keller, Sheriff Jeff Yates, and Deputy James Harrison. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 4) and summons on these defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Lawrence County Sheriff's Office.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If the defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 21st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE