# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL CERVANTES
ADC #601673                                                                PLAINTIFF

v.                        No. 3:20-cv-236-DPM-PSH

JOYCE DOBBS; DEBBIE BURUSEN;
JAMES HARRISON; MARCUS KELLER;
J. L. McCLESKEY; JAMES JOHNSON;
LAWRENCE COUNTY SHERIFF'S OFFICE;
TONY WALDROP, Deputy Sheriff, Lawrence
County Sheriff's Office; and JEFF YATES,
Sheriff, Lawrence County, Arkansas                         DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 5*, and overrules Cervantes's objections, *Doc. 7, 8 & 18*. If Cervantes wants to plead more facts or try to show that all his claims are related, then he must get permission to amend his complaint. But he can't amend his complaint by way of his objections. Cervantes's individual capacity claims against Dobbs, Burusen, Harrison, Keller, McCleskey, Johnson, and Yates for excessive force, deliberate indifference, and failure to protect go forward. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020