IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL CERVANTES                                                PLAINTIFF
ADC #601673

v.                         No: 3:20-cv-236 DPM

JOYCE DOBBS; DEBBIE BURUSEN;
JAMES HARRISON; MARCUS KELLER;
JL McCLESKEY; JAMES JOHNSON; and
JEFF YATES, Sheriff, Lawrence County,
Arkansas                                                         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Cervantes hasn't updated his address; his mail is still being returned undelivered. *Doc. 31–32*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2021