IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL CERVANTES                                              PLAINTIFF
ADC #601673

v.                         No: 3:20-cv-236 DPM

JOYCE DOBBS; DEBBIE BURUSEN;
JAMES HARRISON; MARCUS KELLER;
JL McCLESKEY; JAMES JOHNSON; and
JEFF YATES, Sheriff, Lawrence County,
Arkansas                                                       DEFENDANTS

## JUDGMENT

Cervantes's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 May 2021