IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL CERVANTES
#202401292                                                                PLAINTIFF

v.                                No. 3:20-cv-236-DPM

JOYCE DOBBS; DEBBIE BURUSEN;
JAMES HARRISON; MARCUS KELLER;
J.L. MCCLESKEY; JAMES JOHNSON;
LAWRENCE COUNTY SHERIFF'S
OFFICE; TONY WALDROP, Deputy
Sheriff, Lawrence County Sheriff's Office;
and JEFF YATES, Sheriff, Lawrence
County, Arkansas;                                                         DEFENDANTS

## ORDER

1. Motion for copies and a status update, *Doc. 37*, granted as modified. The Court directs the Clerk to send Cervantes copies of *Doc. 33*, *Doc. 34*, and the docket sheet. The Court's Local Rules can be found in the prison library.

2. Motion to reinstate, *Doc. 38*, denied. The Court dismissed Cervantes's case without prejudice in May 2021. He must re-file it if he wishes to pursue his claims.

3. Motion for appointed counsel, *Doc. 39*, denied. A *pro se* litigant has no right to appointed counsel in a civil case. *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018). The Court sees no need for one here.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2024